1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  FRANK D. KORTUM
   Assistant United States Attorney
6  Asset Forfeiture Section
   California Bar No. 110984
7       United States Courthouse
        312 N. Spring Street, Suite 1400
8       Los Angeles, California 90012
        Telephone: (213)894-5710
9       Facsimile: (213)894-7177
        E-Mail: frank.kortum@usdoj.gov
10
   Attorneys for Plaintiff
11 United States of America

JS - 6

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

                          SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. SACV 06-1236 JVS (MLGx) |
| Plaintiff, | [PROPOSED] |
| v. | **CONSENT JUDGMENT OF FORFEITURE** |
| $40,850.00 IN U.S. CURRENCY, | |
| Defendant. | |
| TAYLOR WINSTON WRIGHT, | |
| Claimant. | |

     This action was filed on December 20, 2006. Notice was given and published in accordance with law. Claimant Taylor Winston Wright filed a claim opposing forfeiture on January 29, 2007 and an answer on February 2, 2007. No other claims or answers have been filed, and the time for filing such claims and

answers has expired.  Plaintiff and claimant have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law.  All potential claimants to the defendant currency other than claimant are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $30,850.00 of the defendant currency, plus all interest earned by the government on the entirety of the defendant currency, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4. $10,000.00 of the defendant currency, without any interest earned by the government on that amount, shall be returned to claimant Taylor Winston Wright.  Said funds shall be forwarded by check made payable to "Roger J. Rosen, Esq., Attorney-Client Trust Account," and shall be mailed to Roger J. Rosen, Esq., Law Offices of Roger J. Rosen, 1801 Avenue of the Stars, Suite 900, Los Angeles, California 90067.

//

1  5. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

  6. Plaintiff, United States of America, agrees that it will not seek to recover civil sanctions (except to the extent that the forfeiture of the defendant currency can be considered a civil sanction), attorney's fees or costs in connection with this action or the underlying seizure.

//
//
//
//
//
//
//
//
//
//
//
//

3

7. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: September 11, 2008

_____
THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

Dated: September __, 2008        THOMAS P. O'BRIEN
                                 United States Attorney
                                 CHRISTINE C. EWELL
                                 Assistant United States Attorney
                                 Chief, Criminal Division
                                 STEVEN R. WELK
                                 Assistant United States Attorney
                                 Chief, Asset Forfeiture Section

                                 _____
                                 FRANK D. KORTUM
                                 Assistant United States Attorney
                                 Asset Forfeiture Section

                                 Attorneys for Plaintiff
                                 United States of America

Dated: September __, 2008

                                 _____
                                 ROGER J. ROSEN
                                 Attorney for Claimant
                                 TAYLOR WINSTON WRIGHT